UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Antonio Rivera Rodriguez

                                    Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR~~    ~~( )( )~~

**20 MJ 5533**

Defendant ___Antonio Rivera Rodriguez___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

_____  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____  Bail/Detention Hearing

_____  Conference Before a Judicial Officer

/s/ Antonio Rivera Rodriguez, signed by
USMJ Smith with permission

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Antonio Rivera Rodriguez
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Jason Ser
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology

5/29/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge